**Fill in this information to identify the case:**

Debtor name  Instyle Home Renovations LLC

United States Bankruptcy Court for the:  Eastern _____ District of  New York
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Peleus Insurance Company 8720 Stony Point Parkway Suite 400 Richmond, VA 23235 | The Leviton Law Firm One Pierce Place Suite 725 North Italsa, IL 60143 | Insurance Contract | Un liquidated | | | $134,404 |
| 2 | Evolution Capital Group 4000 N. Federal Highway Suite 202 Boca Raton FL 33431 | Legal Department 888-624-2561 funding@evocapitalgroup. com | Commerical Loan | Un liquidated | | | $53,000 |
| 3 | Merchant Capital Source 2120 Main Street Suite 220 Huntington Beach, CA 92648 | Accounting Department 866-969-7878 accounting@merchantcapit al.com | Commercial Loan | Un liquidated | | | $52,354 |
| 4 | PayPal Business Loans 3505 Silverside Road Suite 200 Wilmington, DE 19810 | Legal Department 800-941-5614 customerservice@swiftfina ncial .com | Commercial Loan | Un liquidated | | | $44,668 |
| 5 | IPFS of New York 52 Corporate Circle Suite 208 Albany, NY 12203 | Legal Department Ref # NYA-83381 866-412-2563 | Insurance Contract | Un liquidated | | | $10,274 |
| 6 | Chase Visa PO Box 182051 Columbus, OH 43218 | 800-945-2028 Acct # xxxx-2676 | Credit Card | Un liquidated | | | $6,500 |
| 7 | JP Morgan Chase Bank 925 Hempstead Turnpike Franklin Square, NY 11010 | Branch Manager 516-616-1987 Acct # xxxx-9017 | Bank Overdraft | Un liquidated | | | $4,500 |
| 8 | | | | | | | |