UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re

**Instyle Home Renovations, LLC**                              CASE NO. **820-73243-ast**

                                Debtor(s).                             CHAPTER 11
**---------------------------------------------------------------**x

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

        **Salvatore LaMonica**
        **3305 Jerusalem Avenue**
        **Wantagh, New York 11793**
        **(516) 826-6500**
        **Email: sl@lhmlawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: Central Islip, New York        WILLIAM K. HARRINGTON
      October 23. 2020           UNITED STATES TRUSTEE, REGION 2

                                         By: **/s/ Christine H. Black**
                                            Christine H. Black
                                            Assistant United States Trustee
                                            Long Island Federal Courthouse
                                            560 Federal Plaza
                                            Central Islip, NY 11722
                                            (631) 715 7800